[No. 35142-7-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK E. ACHTTIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00126-1, Thomas J. Wynne, J., entered August 11, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 35237-7-I.    Division One.    September 9, 1996.]

UNITED EMPLOYERS INSURANCE COMPANY, ET AL., *Respondents*, v. JOSEPH P. MENTOR, ET AL., *Appellants*.

UNITED EMPLOYERS INSURANCE COMPANY, ET AL., *Respondents*, v. PUGET SOUND POWER & LIGHT COMPANY, *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 92-2-27757-3, Sharon S. Armstrong and Nancy A. Holman, J., entered August 16, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 35277-6-I.    Division One.    September 9, 1996.]

ROYAL SKIES INVESTORS LIMITED PARTNERSHIP, ET AL., *Appellants*, v. ANTHONY SCHWAB, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-17167-8, Ann Schindler, J., entered July 12, 1994. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Coleman, J.